# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HENRICKS, JOHN M. | § Case No. 10-70943 |
| HENRICKS, CATHERINE V. | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　Clerk of The U S Bankruptcy Court
　　　211 South Court Street
　　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/17/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

      Dated:  09/06/2011          By:  /s/BERNARD J. NATALE
                                                                                     Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HENRICKS, JOHN M. § Case No. 10-70943
  HENRICKS, CATHERINE V. §
                         §
Debtor(s)                §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 8,428.66 |
| *and approved disbursements of* | $ 47.30 |
| *leaving a balance on hand of* [1] | $ 8,381.36 |
| **Balance on hand:** | $ 8,381.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,381.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,592.87 | 0.00 | 1,592.87 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 4,040.00 | 0.00 | 4,040.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 30.86 | 0.00 | 30.86 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 5,913.73 |
| Remaining balance: | $ 2,467.63 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $             0.00
Remaining balance:  $         2,467.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $             0.00
Remaining balance:  $         2,467.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 132,467.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 18,498.52 | 0.00 | 344.60 |
| 2 | Target National Bank | 388.99 | 0.00 | 7.25 |
| 3 | Chase Bank USA, N.A. | 20,907.73 | 0.00 | 389.47 |
| 4 | Chase Bank USA, N.A. | 18,599.38 | 0.00 | 346.47 |
| 5 | GE Money Bank /Lowes Consumer | 2,904.04 | 0.00 | 54.10 |
| 6 | American Express Centurion Bank | 40,829.95 | 0.00 | 760.59 |
| 7 | American Express Centurion Bank | 400.00 | 0.00 | 7.45 |
| 8 | Dell Financial Services L.L.C. | 377.01 | 0.00 | 7.02 |
| 9 | Fia Card Services, NA/BAC | 3,365.95 | 0.00 | 62.70 |
| 10 | Fia Card Services, NA/BAC | 1,728.17 | 0.00 | 32.19 |

**UST Form 101-7-NFR (10/1/2010)**

| 11 | Fia Card Services, NA/BAC | 24,467.97 | 0.00 | 455.79 |
|---|---|---|---|---|

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 2,467.63 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 10-70943-MB
John M. Henricks                                                Chapter 7
Catherine V. Henricks
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2          Date Rcvd: Sep 21, 2011
                              Form ID: pdf006            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2011.
db/jdb       +John M. Henricks,   Catherine V. Henricks,   1080 Dovercliff Way,   Crystal Lake, IL 60014-1832
aty          +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
aty          +Winston Slater,   R. Winston Slater,   109 N. Main Street,   Algonquin, IL 60102-2446
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
15636116      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
15184000     +Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
15184002    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
15184003     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15546504      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15184004     +Cit Bank/Dfs,   12234 N Ih 35 Sb Bldg B,   Austin, TX 78753-1705
15184005     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15528998     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
15184012      Target Nb,   C/O Target Credit Services,   Minneapolis, MN 55440-0673
15184013     +Wfnnb/Maurices,   220 W Schrock Rd,   Westerville, OH 43081-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15183999      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 22 2011 01:54:52     American Honda Finance,
               2170 Point Blvd Ste 100,   Elgin, IL 60123
15487589      E-mail/Text: bankruptcy@commercebank.com Sep 22 2011 01:58:01     Commerce Bank,   P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
15184006     +E-mail/Text: bankruptcy@commercebank.com Sep 22 2011 01:58:01     Commerce Bk,   911 Main St,
               Kansas City, MO 64105-2009
15184007     +E-mail/Text: lucyc@myconsumers.org Sep 22 2011 01:57:06     Consumers Coop Cred Un,
               2750 Washington St,   Waukegan, IL 60085-4900
15750207      E-mail/Text: resurgentbknotifications@resurgent.com Sep 22 2011 01:53:49
               Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
               Greenville, SC 29603-0390
15856614      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2011 04:11:31
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
15623720     +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2011 04:04:12     GE Money Bank dba LOWES CONSUMER,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15184008      E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2011 04:15:25     Gemb/Lowes,   Po Box 103065,
               Roswell, GA 30076
15184009     +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2011 04:15:24     Gembppbycr,   Po Box 981064,
               El Paso, TX 79998-1064
15184010      E-mail/Text: info@jawpc.net Sep 22 2011 01:57:45     James A. West,
               6380 Rogerdale Road, Suite 130,   Houston, TX 77072-1647
15184011     +E-mail/Text: bkrnotis@nationwide.com Sep 22 2011 01:58:08     Nationwide Advantage,
               1701 48th St Ste 100,   West Des Moines, IA 50266-6723
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
15724869*     American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
15184001    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Sep 21, 2011
                              Form ID: pdf006            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2011**                    **Signature:**    *Joseph Speetjens*