**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HENRICKS, JOHN M. § Case No. 10-70943
       HENRICKS, CATHERINE V. §
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $522,774.00                Assets Exempt: $15,755.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,467.63    Claims Discharged
                                              Without Payment: $174,092.08

Total Expenses of Administration: $5,961.03

3) Total gross receipts of $ 8,428.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,428.66 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $561,996.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,961.03 | 5,961.03 | 5,961.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 155,129.00 | 132,467.71 | 132,467.71 | 2,467.63 |
| **TOTAL DISBURSEMENTS** | $717,125.00 | $138,428.74 | $138,428.74 | $8,428.66 |

    4) This case was originally filed under Chapter 7 on February 28, 2010. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2012         By: /s/BERNARD J. NATALE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ordinary checking account. | 1129-000 | 3,428.37 |
| Julio Gomez, Algonquin, IL - Loan made to indivi | 1121-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.29 |
| **TOTAL GROSS RECEIPTS** | | **$8,428.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nationwide Advantage | 4110-000 | 169,205.00 | N/A | N/A | 0.00 |
| NOTFILED | Consumers Coop Cred Un | 4110-000 | 10,278.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Advantage | 4110-000 | 361,916.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 4110-000 | 20,597.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$561,996.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 30.86 | 30.86 | 30.86 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 4,040.00 | 4,040.00 | 4,040.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,592.87 | 1,592.87 | 1,592.87 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.19 | 6.19 | 6.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 16.11 | 16.11 | 16.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,961.03 | 5,961.03 | 5,961.03 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | N/A | 18,498.52 | 18,498.52 | 344.60 |
| 2 | Target National Bank | 7100-000 | 441.00 | 388.99 | 388.99 | 7.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 7100-000 | 21,185.00 | 20,907.73 | 20,907.73 | 389.47 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 18,799.00 | 18,599.38 | 18,599.38 | 346.47 |
| 5 | GE Money Bank /Lowes Consumer | 7100-000 | 2,174.00 | 2,904.04 | 2,904.04 | 54.10 |
| 6 | American Express Centurion Bank | 7100-000 | 40,396.00 | 40,829.95 | 40,829.95 | 760.59 |
| 7 | American Express Centurion Bank | 7100-000 | N/A | 400.00 | 400.00 | 7.45 |
| 8 | Dell Financial Services L.L.C. | 7100-000 | N/A | 377.01 | 377.01 | 7.02 |
| 9 | Fia Card Services, NA/BAC | 7100-000 | 3,363.00 | 3,365.95 | 3,365.95 | 62.70 |
| 10 | Fia Card Services, NA/BAC | 7100-000 | 1,649.00 | 1,728.17 | 1,728.17 | 32.19 |
| 11 | Fia Card Services, NA/BAC | 7100-000 | 23,030.00 | 24,467.97 | 24,467.97 | 455.79 |
| NOTFILED | Cit Bank/Dfs | 7100-000 | 541.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 1,165.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Maurices | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Commerce Bk | 7100-000 | 16,993.00 | N/A | N/A | 0.00 |
| NOTFILED | Gembppbycr | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 25,230.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 155,129.00 | 132,467.71 | 132,467.71 | 2,467.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70943  
**Case Name:** HENRICKS, JOHN M.  
HENRICKS, CATHERINE V.  
**Period Ending:** 01/03/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/28/10 (f)  
**§341(a) Meeting Date:** 04/08/10  
**Claims Bar Date:** 07/20/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1080 Dovercliff Way, | 322,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 960 Aberdeen Drive, Crystal Lake, IL 6 0014 Rent | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Wallet cash. | 80.00 | 0.00 | DA | 0.00 | FA |
| 4 | Ordinary checking account. | 250.00 | 3,428.35 | DA | 3,428.37 | FA |
| 5 | Ordinary furniture, 3 year old 60" flat screen T | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding/engagement rings. | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pistol and shot gun. | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Employer provided term life policies on debtors. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA | 8,600.00 | 0.00 | DA | 0.00 | FA |
| 11 | IMRF Pension/retirement plan. Unknown value | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 100 shares Lucent stock, value believed to be mo | 20.00 | 0.00 | DA | 0.00 | FA |
| 13 | Julio Gomez, Algonquin, IL - Loan made to indivi  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 5,000.00 | 5,000.00 | DA | 5,000.00 | FA |
| 14 | 2 - 2007 Seadoo Jet Skis | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1998 Jaguar | 2,500.00 | 100.00 | DA | 0.00 | FA |
| 16 | 1972 Buick Skylark in pieces jointly titled with | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2007 Honda Pilot | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Tax Refund  (u) | 7,924.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.29 | FA |
| 19 | Assets    Totals (Excluding unknown values) | **$522,774.00** | **$8,528.35** | | **$8,428.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE COLLECTING CONVERTED FUNDS

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70943  
**Case Name:** HENRICKS, JOHN M.  
HENRICKS, CATHERINE V.  
**Period Ending:** 01/03/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/28/10 (f)  
**§341(a) Meeting Date:** 04/08/10  
**Claims Bar Date:** 07/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** September 6, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-70943 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HENRICKS, JOHN M. | | Bank Name: | The Bank of New York Mellon |
| | HENRICKS, CATHERINE V. | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***0629 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 01/03/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/28/10 | {4} | John Henricks | Pymt on Compromise | 1129-000 | 1,142.79 | | 1,142.79 |
| 11/22/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,142.80 |
| 11/29/10 | {4} | John M. Henricks | Pymt 2 on Compromise | 1129-000 | 1,142.79 | | 2,285.59 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,285.60 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,285.61 |
| 02/14/11 | {4} | John Henricks | Compromise | 1129-000 | 1,142.79 | | 3,428.40 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,428.42 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,428.44 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,428.46 |
| 05/05/11 | {13} | Arlington Automotive Group, Inc. | Pymt on loan Re: Preference | 1121-000 | 1,350.00 | | 4,778.46 |
| 05/10/11 | {13} | Arlington Automotive | Pymt on Loan | 1121-000 | 150.00 | | 4,928.46 |
| 05/16/11 | {13} | Arlington Automotive Group, Inc. | Pymt on loan through wage garnishment | 1121-000 | 1,469.55 | | 6,398.01 |
| 05/23/11 | {13} | Arlington Automotive Group, Inc. | Payment on loan | 1121-000 | 150.00 | | 6,548.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,548.04 |
| 06/01/11 | {13} | Arlington Automotive Group, Inc. | Pymt on Loan | 1121-000 | 150.00 | | 6,698.04 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-70943, BOND #016018067 | 2300-000 | | 6.19 | 6,691.85 |
| 06/13/11 | {13} | Arlington Automotive Group, Inc. | Pay o Wage Garnishment Re: Note Repayment | 1121-000 | 150.00 | | 6,841.85 |
| 06/13/11 | {13} | Arlington Automotive Group, Inc. | Pymt of Wage Garnishment Re:Note Repayment | 1121-000 | 150.00 | | 6,991.85 |
| 06/21/11 | {13} | Arlington Automotive Group, Inc. | Wage Garnishment Payment | 1121-000 | 1,337.25 | | 8,329.10 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,329.15 |
| 07/05/11 | {13} | Arlington Automotive Group, Inc. | FInal Payment on Wage Garnishment Re: Loan | 1121-000 | 93.20 | | 8,422.35 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,422.41 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.11 | 8,406.30 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,406.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,381.36 |
| 09/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 8,381.36 |
| 09/06/11 | | To Account #9200******3966 | Transfer for Trustee's Final Report | 9999-000 | | 8,381.36 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | ACCOUNT TOTALS | 8,428.66 | 8,428.66 | $0.00 |
| | | Less: Bank Transfers | 0.00 | 8,381.36 | |
| | | Subtotal | 8,428.66 | 47.30 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $8,428.66 | $47.30 | |

{} Asset reference(s)

Printed: 01/03/2012 12:11 PM  V.12.57

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-70943  
**Case Name:** HENRICKS, JOHN M.  
HENRICKS, CATHERINE V.  
**Taxpayer ID #:** **-***0629  
**Period Ending:** 01/03/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******39-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/11 | | From Account #9200******3965 | Transfer for Trustee's Final Report | 9999-000 | 8,381.36 | | 8,381.36 |
| 10/17/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,592.87, Trustee Compensation; Reference: | 2100-000 | | 1,592.87 | 6,788.49 |
| 10/17/11 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: 10-96077 | 2700-000 | | 250.00 | 6,538.49 |
| 10/17/11 | 103 | Commerce Bank | Distribution paid 1.86% on $18,498.52; Claim# 1; Filed: $18,498.52; Reference: 2331 | 7100-000 | | 344.60 | 6,193.89 |
| 10/17/11 | 104 | Target National Bank | Distribution paid 1.86% on $388.99; Claim# 2; Filed: $388.99; Reference: 5490 | 7100-000 | | 7.25 | 6,186.64 |
| 10/17/11 | 105 | GE Money Bank /Lowes Consumer | Distribution paid 1.86% on $2,904.04; Claim# 5; Filed: $2,904.04; Reference: 6881 | 7100-000 | | 54.10 | 6,132.54 |
| 10/17/11 | 106 | Dell Financial Services L.L.C. | Distribution paid 1.86% on $377.01; Claim# 8; Filed: $377.01; Reference: 6495 | 7100-000 | | 7.02 | 6,125.52 |
| 10/17/11 | 107 | Fia Card Services, NA/BAC | Distribution paid 1.86% on $24,467.97; Claim# 11; Filed: $24,467.97; Reference: 3421/4674 | 7100-000 | | 455.79 | 5,669.73 |
| 10/17/11 | 108 | American Express Centurion Bank | Combined Check for Claims#6,7 | | | 768.04 | 4,901.69 |
| | | | Dividend paid 1.86% on 760.59 $40,829.95; Claim# 6; Filed: $40,829.95; Reference: 3008 | 7100-000 | | | 4,901.69 |
| | | | Dividend paid 1.86% on 7.45 $400.00; Claim# 7; Filed: $400.00; Reference: 1006 | 7100-000 | | | 4,901.69 |
| 10/17/11 | 109 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 4,070.86 | 830.83 |
| | | | Dividend paid 100.00% 4,040.00 on $4,040.00; Claim# ATTY; Filed: $4,040.00 | 3110-000 | | | 830.83 |
| | | | Dividend paid 100.00% 30.86 on $30.86; Claim# EXP; Filed: $30.86 | 3120-000 | | | 830.83 |
| 10/17/11 | 110 | Chase Bank USA, N.A. | Combined Check for Claims#3,4 | | | 735.94 | 94.89 |
| | | | Dividend paid 1.86% on 389.47 $20,907.73; Claim# 3; Filed: $20,907.73; Reference: 0891 | 7100-000 | | | 94.89 |
| | | | Dividend paid 1.86% on 346.47 $18,599.38; Claim# 4; | 7100-000 | | | 94.89 |

Subtotals : $8,381.36   $8,286.47

{} Asset reference(s)   Printed: 01/03/2012 12:11 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-70943  
**Case Name:** HENRICKS, JOHN M.  
HENRICKS, CATHERINE V.  
**Taxpayer ID #:** **-***0629  
**Period Ending:** 01/03/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******39-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Filed: $18,599.38;<br>Reference: 5282 |  |  |  |  |
| 10/17/11 | 111 | Fia Card Services, NA/BAC | Combined Check for Claims#9,10 |  |  | 94.89 | 0.00 |
|  |  |  | Dividend paid   1.86% on   62.70<br>$3,365.95;  Claim# 9;<br>Filed: $3,365.95;<br>Reference: 4724/5428 | 7100-000 |  |  | 0.00 |
|  |  |  | Dividend paid   1.86% on   32.19<br>$1,728.17;  Claim# 10;<br>Filed: $1,728.17;<br>Reference: 6487/9382 | 7100-000 |  |  | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 8,381.36 | 8,381.36 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 8,381.36 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 8,381.36 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$8,381.36** |  |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******39-65** | 8,428.66 | 47.30 | 0.00 |
| **Checking # 9200-******39-66** | 0.00 | 8,381.36 | 0.00 |
|  | $8,428.66 | $8,428.66 | $0.00 |

{} Asset reference(s)

Printed: 01/03/2012 12:11 PM    V.12.57